# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVEN NELSON,<br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No.: 5:22-cv-00588-GJS<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **TWO THOUSAND SEVEN HUNDRED DOLLARS** ($2,700.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 30, 2023

                                        HON. GAIL J. STANDISH
                                        United States Magistrate Judge